# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127212
(60)

SHERRY COMBEN, ANTRIM COUNTY
TREASURER,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN, and
DEPARTMENT OF TREASURY,
        Defendants-Appellants,

and

PURE RESOURCES, L.P., ET AL.,
        Defendants-Appellees,

SC: 127212
COA: 248963
Antrim CC: 02-007860-PS

_____/

        On order of the Court, the motion for substitution of parties is GRANTED. We direct the Clerk of this Court to amend the case caption to reflect the substitution of Black Stone Minerals Company, L.P., for defendant Pure Resources, L.P. The appeal remains pending.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk